UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC SPECIALTY INSURANCE COMPANY as subrogee of FAHERTY BRAND, LLC,

Plaintiff,

-against-

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Defendant.

26-CV-7101 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 21, 2026 Order, *see* Dkt. 5, the parties were required to file a joint letter, the contents of which are described in the order, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents on or before **Monday, November 9**.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge